# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WILLIAM J. MOORE,**

    Petitioner,                **CASE NO. 2:09-CV-222**
                                      **JUDGE ALGENON L. MARBLEY**
v.                                 **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

**ROBIN KNAB, Warden,**

    Respondent.

## OPINION AND ORDER

On January 11, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.


                                                                   s/Algenon L. Marbley
                                                                  **ALGENON L. MARBLEY**
                                                                  **UNITED STATES DISTRICT JUDGE**

**DATED:  March 11, 2011**