**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**WILLIAM J. MOORE,**

    Petitioner,        **CASE NO. 2:09-CV-222**
                                 **JUDGE ALGENON L. MARBLEY**
v.                      **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

**ROBIN KNAB, Warden,**

    Respondent.

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 11, 2011 Opinion and Order, the Court ADOPTED and AFFIRMED the Report and Recommendation.  This action is hereby DISMISSED.

Date:  **March 11, 2011**                **James Bonini, Clerk**

                                                   s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk